GAMBURG & BENEDETTO, LLC
BY: DONALD BENEDETTO, ESQUIRE
I.D. NO. 309199
1500 JOHN F. KENNEDY BLVD
SUITE 1203
PHILADELPHIA, PA 19102
(215) 567-1486
ATTORNEY FOR PLAINTIFF: GAGANDEEP LAKHMNA

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GAGANDEEP LAKHMNA : | |
|     Plaintiff, : | |
| : | |
| vs. : | **COMPLAINT** |
| : | |
| UNITED STATES OF AMERICA, INTERNAL : | |
| REVENUE SERVICE. : | |
|     Defendant. : | |
| : | |

PLAINTIFF, Gagandeep Lakhmna., ("Lakhmna"), by and through his attorneys at Gamburg & Benedetto bring this Complaint against DEFENDANT, United States of America, Internal Revenue Service ("IRS") under 26 U.S. Code § 7432 and now say:

### Jurisdiction and Venue

1. This Court has subject matter jurisdiction because there is a question of federal law pursuant to 26 U.S. Code § 7432, specifically the Internal Revenue Code (hereinafter the "Code").

2. Venue in the Eastern District of Pennsylvania is proper pursuant to 28 U.S.C. 1391(e)(1) because this suit is against an agency of the United States and a substantial part of the events giving rise to this claim occurred in the District.

## The Parties

3. Plaintiff, Gagandeep Lakhmna is an adult individual with a place of residence at 936 SW 1st Ave., Unit 991, Miami, Florida 33130.

4. At the time which the relevant tax returns were filed, Plaintiff was a resident of the Commonwealth of Pennsylvania.

5. Defendant, United States of America, Internal Revenue Service, according to its website exists to "carry out the responsibilities of the Treasury secretary per Internal Revenue Code (IRC) Section 7801. The IRS was created based on the secretary's authority to administer and enforce the internal revenue laws."

6. The Philadelphia, Pennsylvania office of the IRS is located at 600 Arch St, Philadelphia, PA 19106.

## Facts

7. 26 U.S. Code § 7432 states that "[i]f any officer or employee of the Internal Revenue Service knowingly, or by reason of negligence, fails to release a lien under section 6325 on property of the taxpayer, such taxpayer may bring a civil action for damages against the United States in a district court of the United States."

8. Plaintiff Lakhmna is a taxpayer.

9. In this matter however, Lakhmna is not seeking damages from the United States, just the release of a long-satisfied lien.

10. Lakhmna has undertaken numerous efforts to resolve this situation to include the submission of multiple IRS Form 911 requests for Taxpayer Advocate Service Assistance, letters to field offices and endless phone calls.

11. Correspondence pursuant to IRS Publication 1450 was sent to the Collection Advisory Group of the IRS on June 26, 2025, via USPS Overnight Mail. A redacted copy of this writing is attached hereto as Exhibit "A".

12. On December 6, 2023, a lien was filed against Lakhmna for tax years 2018 and 2020-2022.

13. The tax liability for 2018 was satisfied in April of 2025.

14. The tax liability for 2021 was satisfied on January 9, 2025.

15. The tax liability for 2022 was satisfied on February 28, 2025.

16. The tax liability for 2020 is pending the IRS processing an amended return.

17. The IRS transcripts for 2018, 2021 and 2022 show a zero balance for Plaintiff Lakhmna.

18. Numerous requests for the IRS to issue a Certificate of Release of Federal Tax Lien (Partial) have been disregarded by the agency.

19. The liens for 2018, 2021 and 2022 should be released and the IRS should file a Certificate of Release for these years.

20. Plaintiff Lakhmna is a real estate developer who relies on the results of credit checks and judgment searches in order to conduct his business.

21. The liens in question are causing harm to Plaintiff Lakhmna's relationship with lending institutions.

22. The IRS and its employees and agents have acted negligently in failing to release the tax liens for years 2018, 2021 and 2022 because they have received substantial administrative notice to include the request pursuant to IRS Publication 1450 attached as Exhibit "A".

23. 26 U.S. Code § 7432(d)(1) states that "[a] judgment for damages shall not be awarded under subsection (b) unless the court determines that the plaintiff has exhausted the administrative remedies available to such plaintiff within the Internal Revenue Service."

24. However, Plaintiff does not seek damages at this time, only that the IRS issue a Certificate of Release of Federal Tax Lien for 2018, 2021 and 2022 and that the liens be released as of public record.

25. Plaintiff reserves the right to amend its action to seek damages.

**WHEREFORE, Plaintiff prays for the following relief:**

A. An order directing the IRS to issue a partial Certificate of Release of the Federal Tax Liens of Plaintiff for 2018, 2021 and 2022.

B. That the IRS take such other action as may be necessary to remove the liens for 2018, 2021 and 2022 from the public record.

E. That the Court grant such additional relief as it deems necessary and just.

## JURY DEMAND

Plaintiff demands a trial by jury on all matters to which it is so entitled.

Respectfully submitted,

/s/Donald Benedetto
GAMBURG & BENEDETTO
By: Donald Benedetto, Esquire
Atty. I.D. #309199
1500 JFK Blvd., Suite 1203
Philadelphia, PA 19102
(215) 567-1486
(215) 940-6661 (fax)

don@gamburglaw.com
Attorney for Plaintiff:
Gagandeep Lakhmna

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Gagandeep Lakhmna

**DEFENDANTS**
United States of America

**(b)** County of Residence of First Listed Plaintiff: Miami-Dade
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Philadelphia
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Donald Benedetto, Esq. - Gamburg & Benedetto
1500 JFK Blvd., Suite 1203, Philadelphia, PA 19102

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [x] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application [ ] 465 Other Immigration Actions | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 550 Civil Rights [ ] 555 Prison Condition [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
26 U.S. Code § 7432

Brief description of cause:
IRS has not responded to requests to remove lien dispite liability paid

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: 11/25/2025

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

10/2024

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DESIGNATION FORM**

Place of Accident, Incident, or Transaction: __Philadelphia, PA__

*RELATED CASE IF ANY:* Case Number:_____ Judge:_____

1. Does this case involve property included in an earlier numbered suit? — Yes ☐
2. Does this case involve a transaction or occurrence which was the subject of an earlier numbered suit? — Yes ☐
3. Does this case involve the validity or infringement of a patent which was the subject of an earlier numbered suit? — Yes ☐
4. Is this case a second or successive habeas corpus petition, social security appeal, or pro se case filed by the same individual? — Yes ☐
5. Is this case related to an earlier numbered suit even though none of the above categories apply? If yes, attach an explanation. — Yes ☐

I certify that, to the best of my knowledge and belief, the within case ☐ is / ☒ is not related to any pending or previously terminated action in this court.

**Civil Litigation Categories**

A. *Federal Question Cases:*
1. Indemnity Contract, Marine Contract, and All Other Contracts)
2. FELA
3. Jones Act-Personal Injury
4. Antitrust
5. Wage and Hour Class Action/Collective Action
6. Patent
7. Copyright/Trademark
8. Employment
9. Labor-Management Relations
10. Civil Rights
11. Habeas Corpus
12. Securities Cases
13. Social Security Review Cases
14. Qui Tam Cases
15. Cases Seeking Systemic Relief *see certification below*
16. All Other Federal Question Cases. *(Please specify):* 26 U.S. Code §7432

B. *Diversity Jurisdiction Cases:*
1. Insurance Contract and Other Contracts
2. Airplane Personal Injury
3. Assault, Defamation
4. Marine Personal Injury
5. Motor Vehicle Personal Injury
6. Other Personal Injury *(Please specify):*_____
7. Products Liability
8. All Other Diversity Cases: *(Please specify)*_____

I certify that, to the best of my knowledge and belief, that the remedy sought in this case ☐ does / ☒ does not have implications beyond the parties before the court and ☐ does / ☒ does not seek to bar or mandate statewide or nationwide enforcement of a state or federal law including a rule, regulation, policy, or order of the executive branch or a state or federal agency, whether by declaratory judgment and/or any form of injunctive relief.

**ARBITRATION CERTIFICATION (CHECK ONLY ONE BOX BELOW)**

I certify that, to the best of my knowledge and belief:

☒ Pursuant to Local Civil Rule 53.2(3), this case is not eligible for arbitration either because (1) it seeks relief other than money damages; (2) the money damages sought are in excess of $150,000 exclusive of interest and costs; (3) it is a social security case, includes a prisoner as a party, or alleges a violation of a right secured by the U.S. Constitution, or (4) jurisdiction is based in whole or in part on 28 U.S.C. § 1343.

☐ None of the restrictions in Local Civil Rule 53.2 apply and this case is eligible for arbitration.

NOTE: A trial de novo will be by jury only if there has been compliance with F.R.C.P. 38.